**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DRAKENOLD TUAN NGUYEN
REG. #66608-079                                                                                    **PETITIONER**

vs.                                       2:08 CV00217 JTR

T.C. OUTLAW, WARDEN,
FCI Forrest City, Arkansas                                                                  **RESPONDENT**

**JUDGMENT**

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 20th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE